

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCKY STEVENS | : | **CIVIL ACTION** |
| VERSUS | : | **NUMBER: 00-3326** |
| OMEGA PROTEIN, INC. | : | **SECTION: T** |
| | : | **MAGISTRATE JUDGE: (2)** |

### MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes defendant, Omega Protein, Inc. who moves the Court pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure for an order compelling plaintiff to respond to Omega Protein, Inc.'s Interrogatories and Request for Production of Documents (see attached hereto Exhibit A). In conformity to Local Rule 37.1, undersigned counsel certified that plaintiff has been unavailable for the purpose of discussing amicable resolution of this discovery dispute, and were unable to reach agreement prior to the filing of this motion (see attached hereto as Exhibit B).



The accompanying memorandum fully sets forth reasons in support of this motion.

Respectfully submitted:
**DUNCAN, COURINGTON**
**& RYDBERG, L.L.C.**

_(signature)_

**Elton F. Duncan, III, T.A. (La. #14967)**
**Kelley A. Sevin (La. # 25871)**
**Les A. Martin (La. # 22504)**
322 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5566
Attorneys for Defendant,
Omega Protein, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed, via fax and certified mail, on this 29th day of April, 2002.

_(signature)_

**Elton F. Duncan, III**
**Les A. Martin**
**Kelley A. Sevin**

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCKY STEVENS** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER:  00-3326** |
| **OMEGA PROTEIN, INC.** | : | **SECTION:  T** |
| | : | **MAGISTRATE JUDGE:  (2)** |

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

**MAY IT PLEASE THE COURT:**

Defendant, Omega Protein, Inc., originally propounded Interrogatories and Request for Production of Documents on plaintiff on February 19, 2001.  Because of the numerous changes in counsel of plaintiff, Omega resubmitted the same Interrogatories and Request for Production of Documents (see Exhibit A) on February 20, 2002.  Omega has sent reminder letters to plaintiff (see Exhibit B).

A conference was held to discuss the plaintiff's continuing failure to answer discovery, and plaintiff has yet to provide responses to discovery.  Accordingly, Omega hereby moves for

an order granting its Motion to Compel, along with the award of all reasonable attorney's fees

and costs.

Respectfully submitted:

**DUNCAN, COURINGTON**
**& RYDBERG, L.L.C.**

**Elton F. Duncan, III (La.#14967)**
**Kelley A. Sevin (La. #25871)**
**Les A. Martin (La. # 22504)**
322 Lafayette Street
New Orleans, Louisiana  70130
Telephone: (504) 524-5566
Attorneys for Defendant,
Omega Protein, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 29th day of April 2002, served the

foregoing pleading on all counsel of record by placing a copy of same in the United States Mail,

properly addressed and first class postage prepaid.

**Elton F. Duncan, III**
**Kelley A. Sevin**
**Les A. Martin**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCKY STEVENS** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER:  00-3326** |
| **OMEGA PROTEIN, INC.** | : | **SECTION:  T** |
| | : | **MAGISTRATE JUDGE:  (2)** |

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel on behalf of Omega Protein, Inc., certifies in conformity with Local

Rule 37.1 that plaintiff has been unavailable for the purpose of discussing amicable resolution of

this discovery dispute, and were unable to reach agreement prior to the filing of this motion.

Respectfully submitted:

**DUNCAN, COURINGTON
& RYDBERG, L.L.C.**

**Elton F. Duncan, III, T.A. (La. #14967)**
**Kelley A. Sevin (La. # 25871)**
**Les A. Martin (La. # 22504)**
322 Lafayette Street
New Orleans, Louisiana  70130
Telephone: (504) 524-5566
Attorneys for Defendant,
Omega Protein, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed, via fax and certified mail, on this 29th day of April, 2002.

**Elton F. Duncan, III**
**Les A. Martin**
**Kelley A. Sevin**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCKY STEVENS** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER:  00-3326** |
| **OMEGA PROTEIN, INC.** | : | **SECTION:  T** |
| | : | **MAGISTRATE JUDGE:  (2)** |

## NOTICE OF HEARING

**PLEASE  TAKE  NOTICE** that counsel for, Omega Protein, Inc., shall bring the accompanying Motion to Compel, Answer to Interrogatories and Request for Production of Documents for hearing on the 15th day of May, 2002 at 11:00 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted:

**DUNCAN, COURINGTON
& RYDBERG, L.L.C.**

**Elton F. Duncan, III, T.A.(La. #14967)
Kelley A. Sevin (La. #25871)
Les A. Martin (La. #22504)**
322 Lafayette Street
New Orleans, Louisiana  70130
Telephone: (504) 524-5566
Attorneys for Defendant,
Omega Protein, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 29th day of April 2002, served the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

**Elton F. Duncan, III**
**Kelley A. Sevin**
**Les A. Martin**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCKY STEVENS** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER: 00-3326** |
| **OMEGA PROTEIN, INC.** | : | **SECTION: T** |
| | : | **MAGISTRATE JUDGE: (2)** |

## O R D E R

Considering the foregoing motion:

**IT IS HEREBY ORDERED** that defendant, Omega Protein, Inc.'s Motion to Compel

Answers to Interrogatories and Request for Production of Documents is hereby granted, and

defendant is hereby awarded reasonable attorneys fees and costs associated with the filing of this

motion.

_____

J U D G E

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCKY STEVENS** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER: 00-3326** |
| **OMEGA PROTEIN, INC.** | : | **SECTION: T** |
| | : | **MAGISTRATE JUDGE: (2)** |

### INTERROGATORIES TO PLAINTIFF

Interrogatories propounded, pursuant to the Federal Rules of Civil Procedure, by Defendant, Omega Protein, Inc., to the Plaintiff, Lucky Stevens, are to be answered within thirty (30) days, under oath, by the Plaintiff.  Said Interrogatories are <u>continuing</u> and are to be answered at any time when the information becomes known prior to trial if for any reason they are not answered within thirty (30) days (which period is specifically not waived).

### INTERROGATORY NO. 1:

Please state your full name, as well as all other names by which you have been known, occupation, specific date and place of birth, social security number, present address, any former Z number, the name and address of any former union to which you have belonged, your union registration number in each, and your height and weight.



**INTERROGATORY NO. 2:**

Please state the gross amount of your monthly income or support from all sources as of the date you answer these Interrogatories.

**INTERROGATORY NO. 3:**

It is alleged in your Seaman's Complaint Section VII that you were injured August 1, 2000. Please describe the specific work and/or activity that you were performing or engaged in at the time of your alleged injury stating each act or movement on your part which you performed which led up to the accident, including exactly what happened to you to cause your injury and what you were doing or attempting in the area in which the accident took place. In particular, please include the following in your description:

    a.    State the specific order or instructions you were executing at the time, the name of the person who issued the order or instruction and the time and date the order or instruction was issued;

    b.    The exact time of day that you were injured, or if you state that you do not know the exact time of day, give the approximate hour that you were allegedly injured;

    c.    Describe the conditions of the waterway and/or seas and weather prevailing at the time of your alleged injury;

    d.    State precisely the negligence of Omega Protein, Inc., their agents or employees, which proximately caused or contributed to your alleged injury; and

    e.    Please describe and specify the unsafe working conditions on board the F/V AMELIA you claimed to have been injured that were present when you sustained the injuries which are the subject of this litigation, which you alleged in your Seaman's Complaint caused or contributed to your alleged injury.

**INTERROGATORY NO. 4:**

Please state the name, present or last known home and business address, home and/or business telephone number, and current and last known employer of all persons from whom a written, oral or recorded statement or report has been obtained on your behalf concerning the injuries you allegedly sustained that have become the subject of this litigation.

**INTERROGATORY NO. 5:**

Have you ever suffered any personal injuries before or after the alleged accident that is the subject matter of this litigation?  If so, please state for each accident::

a.    The date, time, place and circumstances surrounding the accident;

b.    The nature and extent of the injuries, including any ill effects or disabilities remaining at the time of the alleged accident in this case;

c.    The names and addressed of all persons who treated or examined you, together with the date of the last treatment or examination; and

d.    The nature, source and amounts of any disability benefits, pensions or other remuneration you received in connection with such injuries.

**INTERROGATORY NO. 6:**

Have you ever filed or has there ever been filed on your behalf a lawsuit for damages for personal injury?  If so, please state for each lawsuit the date, court, place of filing, names and addresses of all Defendants and other parties, and the attorneys involved therein.

**INTERROGATORY NO. 7:**

With respect to the injuries claimed in this lawsuit, please describe each and every injury you claim you sustained by reason of the alleged accident for which it is claimed Omega Protein, Inc. is responsible, giving the name, location, extent and duration of each injury and state which, if any, are claimed to be permanent.

**INTERROGATORY NO. 8:**

If you have received any medical treatment for the injuries described in your answer to Interrogatory No. 7, please state a detailed description of the treatment, the names and addresses of the treating physicians, place and date of each treatment, the date and place of any x-ray procedure or therapy, and the names of any drugs or medications prescribed in connection with those injuries.

**INTERROGATORY NO. 9:**

List the names, addresses, official title, if any, and other identification of all witnesses, including expert witnesses, who it is contemplated will be or may be called upon to testify in support of your claim in this action, indicating the nature and substance of the testimony which it is expected will be given by each such witness, and if any such prospective witnesses are related to you, state the relationship.

**INTERROGATORY NO. 10:**

Please state the names, last known addresses and last known telephone numbers of each of the following persons:

a.    All persons known by you to have been employed by Omega Protein, Inc., aboard the F/V AMELIA on which you were working on August 1, 2000, when you allegedly sustained the injury which is the subject matter of this litigation, and state the exact location of each such person at the moment of the alleged injury;

b.    All persons known by you to have been eyewitnesses to the alleged injury for which you brought this lawsuit, and if there were no such eyewitnesses, and you know of none, please so state; if you do name an eyewitness, please identify his employer August 1, 2000.

c.    All persons known by you not to have been eyewitnesses but having knowledge of some of the facts or circumstances upon which the allegations of fault or damage contained in your Seaman's Complaint are based; with respect to those individuals, please identify their employers on August 1, 2000.

## INTERROGATORY NO. 11:

Please list all and describe or produce each and every invoice, bill, statement, or other documents evidencing any charges submitted to you by any physician, hospital, other treating institution, pharmacist, and the like which you claim to have either paid or still owe, and believer that Omega Protein, Inc. is responsible for.

## INTERROGATORY NO. 12:

Please state the name, address, telephone number and current employer of any and all persons who can testify concerning the allegations set forth in Paragraph V of your Seaman's Complaint.

## INTERROGATORY NO. 13:

Please state with particularity, all facts and circumstances which support your allegations contained in Paragraph VII of your Seaman's Complaint regarding the negligence of the Defendant.   Additionally, please state the name, address and telephone number of any and all witnesses who will testify regarding the allegations of negligence set forth in Paragraph IX of the Seaman's Complaint.

**INTERROGATORY NO. 14:**

If you contend the F/V AMELIA was unseaworthy, please state with particularity the facts and circumstances which support any allegation as to unseaworthiness. Please state the name, address and telephone number of any and all witnesses who will testify regarding any allegation as to the unseaworthiness of the F/V AMELIA.

**INTERROGATORY NO. 15:**

Please indicate what efforts, if any, you have undertaken to obtain employment since August 1, 2000. If you have not sought employment, please indicate why not.

**INTERROGATORY NO. 16:**

If you have been arrested, convicted of or pleaded guilty to a crime, please state the date of such arrest, plea or conviction, the identity of the court involved, the nature of the crime, the name and address of any penal institution in which you were incarcerated and the dates of incarceration.

**INTERROGATORY NO. 17:**

Please state the full name and address of any attorney with whom you have entered into a written contract for representative relative to the month of the August 1, 2000 incident.

**INTERROGATORY NO. 18:**

Please advise if any surgery is planned, and, if so, provide a description of the surgery to be performed, the approximate date of that surgery, the name and address of

the physician who is to be performing the surgery, and the name and address of the hospital in which the surgery is to be performed.

Respectfully submitted,

**DUNCAN, COURINGTON
& RYDBERG, L.L.C.**

**ELTON F. DUNCAN, III, T.A. (14967)
KELLEY A. SEVIN (25871)**
322 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5566
Attorneys for Defendant, Omega
Protein, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 20th day of February 2002, served the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

**ELTON F. DUNCAN, III
KELLEY A. SEVIN**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LUCKY STEVENS** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NUMBER: 00-3326** |
| **OMEGA PROTEIN, INC.** | : | **SECTION: T** |
| | : | **MAGISTRATE JUDGE: (2)** |

**REQUEST FOR PRODUCTION AND**
**INSPECTION OF DOCUMENTS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant, Omega

Protein, Inc., requests the Plaintiff, Lucky Stevens, to produce and permit inspection

and copying the following documents at the offices of Duncan & Courington, L.L.C., 322

Lafayette Street, New Orleans, Louisiana, 70130, within thirty (30) days of receipt:

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:**

Lucky Stevens' federal and state income tax returns, including W-2 forms, for the

taxable years 1996 through 2000.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

Copies of all medical data, be it reports, reports of x-ray, reports of surgery, etc.,

in any way related to the alleged injury of Lucky Stevens on 1 August 2000, which is the

subject matter of this litigation.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:**

Any and all statements, be they recorded, oral, written, transcribed, or of any other nature, which are in the possession of the Plaintiff or his attorneys that bear any relation to the captioned litigation.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:**

Copies of any and all accident reports in any way related to the alleged injury of Lucky Stevens, on 1 August 2000, which is the subject matter of this litigation.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:**

Any and all photographs taken of any object as a result of the circumstances leading up to or resulting in the alleged injury of Lucky Stevens, on 1 August 2000.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:**

Any and all models, samples, or demonstrative evidence which you have obtained or prepared, or which other persons have obtained or prepared, concerning the occurrence made the basis of this lawsuit.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:**

Chronological listing and identification of all employment and employers, including addresses, the Plaintiff has had at any time during the period of 1994 through the present.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

Fully executed Internal Revenue authorization forms, which forms are attached.

2

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 9:**

Copies of all hospital and medical records regarding the Plaintiff and relating in any way to sickness, illness, or injury affecting or involving the Plaintiff at any time during the period 1996 to date of your response hereto.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10:**

Fully executed medical authorization forms, which forms are attached.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 11:**

Fully executed employment authorization forms, which forms are attached.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12:**

Fully executed social security authorization forms, which forms are attached.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 13:**

Fully executed military authorization forms, which forms are attached.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 14:**

Fully executed authorization form to obtain criminal records, which form is attached.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 15:**

Fully executed authorization form to obtain education and vocational records, which form is attached.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 16:**

All expert's reports prepared by or on your behalf relative to the injuries in suit and the captioned litigation.

3

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17:**

Please produce each and every invoice, bill, statement, or other document evidencing any and all charges submitted to you by any physician, hospital, other treating institution, pharmacist, and the like, which you can claim to have either paid or still owe and believe that Omega Protein, Inc. is responsible for.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 18:**

Any and all investigative data of whatever nature pertaining to the injuries in suit and the captioned litigation.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 19:**

Please produce any and all documents which support your allegations of negligence as set forth in Paragraph IX of your Seaman's Complaint.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 20:**

Each document the Plaintiff may attempt to introduce as an exhibit during the trial of this matter.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 21:**

All documents used in responding to interrogatories propounded on Plaintiff by Omega Protein, Inc.

4

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 22:**

Any and all written contracts signed by Lucky Stevens regarding legal representation relative to the alleged incident on or about 1 August 2000. (See, La. R. S. 37:218).

Respectfully submitted,

**DUNCAN, COURINGTON
& RYDBERG, L.L.C.**

**ELTON F. DUNCAN, III, T. A. (14967)
KELLEY A. SEVIN (25871)**
322 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 524-5566
Attorneys for Omega Protein, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, or by hand, on this 20th day of February 2002.

**ELTON F. DUNCAN, III
KELLEY A. SEVIN**

5

DUNCAN, COURINGTON & RYDBERG, L.L.C.

ATTORNEYS AT LAW

322 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE (504) 524-5566
FACSIMILE (504) 524-9003

February 19, 2002

Blake L. Jones, Esq.
Scheuermann & Jones
Ste 1800 FNBC Bldg.
210 Baronne Street
New Orleans, LA 70112

RE:   **Lucky Stevens v. Omega Protein, Inc.**
      **USDC-EDLA, Civil Action No. 00-3326**
      **Section "T", Mag. (2)**
      **D/L:       August 2000**
      **Vessel:    F/V AMELIA**
      **Our File No. 100100-02099-00**

Dear Mr. Jones:

Enclosed please find Omega Protein, Inc.'s Interrogatories and Request for Production of Documents which we ask are answered in the time requirements as allowed by law.

If you have any questions regarding the foregoing, please contact our office.

Yours very truly,
Duncan, Courington & Rydberg, L.L.C.

Kelley A. Sevin

KAS/drc
Enclosures — Interrogatones and Request for Production of Documents

**EXHIBIT**
B

## DUNCAN, COURINGTON & RYDBERG, L.L.C.

ATTORNEYS AT LAW

322 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE (504) 524-5566
FACSIMILE (504) 524-9003

March 13, 2002

Blake L. Jones, Esq.
Scheuermann & Jones
Ste 1800 FNBC Bldg.
210 Baronne Street
New Orleans, LA 70112

RE:   **Lucky Stevens v. Omega Protein, Inc.**
      **USDC-EDLA, Civil Action No. 00-3326**
      **Section "T", Mag. (2)**
      **D/L:         August 2000**
      **Vessel:    F/V AMELIA**
      **Our File No. 100100-02099-00**

Dear Mr. Jones:

On February 19, 2002 we forwarded Interrogatories and Request for Production of Documents to Mr. Lucky Stevens. We kindly ask that you respond to those discovery requests at this time.

Upon receiving discovery responses, we would like to set up plaintiff's deposition and ask that you please let us know what dates Mr. Stevens will be available. We look forward to hearing from you in this regard.

Very truly yours,

Jason N. Treigle

JNT/drc



## DUNCAN, COURINGTON & RYDBERG, L.L.C.

### ATTORNEYS AT LAW

322 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE (504) 524-5566
FACSIMILE (504) 524-9003

April 19, 2002

**_Via Facsimile: 525-4380_**

Blake L. Jones, Esq.
Scheuermann & Jones
Ste 1800 FNBC Bldg.
210 Baronne Street
New Orleans, LA 70112

> RE:   Lucky Stevens v. Omega Protein, Inc.
>         USDC-EDLA, Civil Action No. 00-3326
>         Section "T", Mag. (2)
>         D/L:        August 2000
>         Vessel:     F/V AMELIA
>         Our File No. 100100-02099-00

Dear Blake:

On February 20, 2001 we forwarded Interrogatories and Request for Production of Documents. To date we have yet to receive those responses. Additionally, please advise when you will be available for Mr. Stevens' deposition. We would like to hold a L.R. 37.1 telephone conference on Tuesday, April 23 at 2:00 p.m. to discuss the foregoing discovery matters. If you are unable to speak to us at that time, please contact us to reschedule.

As you are aware, Mr. Stevens is scheduled for an AME with Dr. Steiner on Tuesday, April 23, at 9:30 a.m. Please forward all medical records.

Very truly yours,

Kelley A. Sevin

KAS dre